452 F.2d 1015
 Cecil E. CRIDDLE, Appellant,
v.
Elliott L. RICHARDSON, Secretary of Health, Education and
Welfare, Appellee.
 No. 71-1241.
 United States Court of Appeals,
Fourth Circuit.
 Argued Oct. 5, 1971.
Decided Oct. 14, 1971.
 
 Franklin W. Kern, Charleston, W. Va., for appellant.
 Robert M. Feinson, Atty., Dept. of Justice, Washington, D. C. (L. Patrick Gray, III, Asst. Atty. Gen., Kathryn H. Baldwin, Atty., Dept. of Justice and W. Warren Upton, U. S. Atty., on the brief), for appellee.
 Before HAYNSWORTH, Chief Judge, and WINTER and CRAVEN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the letter opinion of the District Judge, 334 F.Supp. 344.
 
 
 2
 Affirmed.